Michael J. Estok, OSB #090748
Email: mestok@lindsayhart.com
LINDSAY, HART, NEIL & WEIGLER, LLP
1300 SW Fifth Avenue, Suite 3400
Portland, Oregon  97201-5640
Telephone: (503) 226-7677
Facsimile: (503) 226-7697

[Additional Counsel Appear on Signature Page]

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
AT PORTLAND

| | |
|---|---|
| TYSON KOSKI, KEVIN RICKEY and JOHN SCHLICHENMAYER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PRINCE TELECOM, LLC, a Delaware limited liability company, f/k/a PRINCE TELECOM, INC.,<br><br>Defendant. | NO.  CV 10-1307 MO<br><br>**[PROPOSED] ORDER ENJOINING DUPLICATIVE LAWSUITS**<br><br><u>CLASS ACTION ALLEGATION</u> |

All class members who do not exclude themselves from the settlement reached in this case (hereinafter "Settlement Class Members"), along with their agents and representatives, are hereby enjoined pursuant to 28 U.S.C. § 1651(a) from initiating or proceeding with any and all suits, actions, causes of action, claims, or demands in any federal or state court which arise from or are reasonably connected with the factual allegations and claims asserted in this Action, including any and all claims for alleged wage and hour violations under Oregon or federal law for work performed in the State of Oregon from July 1, 2004 through the date of preliminary approval of the settlement of this Action.

[PROPOSED] ORDER ENJOINING DUPLICATIVE
LAWSUITS - 1
CASE NO. CV 10-1307 MO

In addition, the Court recognizes that a nationwide opt-in class action that asserts claims regarding payment of wages under the Fair Labor Standards Act on behalf of Prince employees, *Stewart v. Prince Telecom, Inc. et al.*, 10 CV 4881, is currently pending in the United States District Court Southern District of New York. The Court recognizes that allowing Settlement Class Members to opt in to the *Stewart* class action would threaten or frustrate the Court's efforts to administer and oversee the settlement of the above-captioned action. The Court therefore enjoins all Settlement Class Members in the above-captioned action from opting-in to the *Stewart* class action, as is necessary in aid of this Court's jurisdiction. *See Carlough* v. *Amchem Products, Inc.,* 10 F.3d 189, 203 (3rd Cir. 1993) ("impending and finalized settlements in federal actions [ ] justify[] 'necessary in aid of jurisdiction' injunctions of duplicative state actions.").

This injunction shall remain in effect through the dismissal of this action.

DONE IN OPEN COURT this ____ day of _____, 2010.

_____
HONORABLE MICHAEL MOSMAN
U.S. DISTRICT COURT JUDGE

Presented by:

ROBERTS KAPLAN LLP

By:  /s/ Carter Mann, OSB #960899
     Carter Mann, OSB #960899
     Email:  cmann@robertskaplan.com
     601 SW 2nd Avenue, Suite 1800,
     Portland, Oregon 97204
     Telephone:  503.221.2219
     Facsimile:  800.601.8869

Stellman Keehnel, *Pro Hac Vice Application*
   *Forthcoming*
Email:  stellman.keehnel@dlapiper.com
DLA Piper
701 Fifth Avenue, Suite 7000
Seattle, Washington  98104-7044
Telephone:  (206) 839-4888
Facsimile:  (206) 494-1790

Eric S. Beane, *Pro Hac Vice Application*
   *Forthcoming*
Email:  eric.beane@dlapiper.com
DLA PIPER
1999 Avenue of the Stars, Suite 400
Los Angeles, California  90067-6023
Telephone:  (310) 595-3005
Facsimile:  (310) 595-3305

*Attorneys for Defendant*

Copy Received; Approved as to Form;
Notice of Presentation Waived:

LINDSAY, HART, NEIL & WEIGLER, LLP


By: /s/Michael J. Estok, OSB #090748
   Michael J. Estok, OSB #090748
   Email: mestok@lindsayhart.com
   1300 SW Fifth Avenue, Suite 3400
   Portland, Oregon  97201-5640
   Telephone: (503) 226-7677
   Facsimile: (503) 226-7697

   Matthew J. Zuchetto, *Pro Hac Vice Application*
      *Forthcoming*
   Email: matthewzuchetto@mac.com
   THE SCOTT LAW GROUP, PS
   926 West Sprague Avenue, Suite 680
   Spokane, Washington  99201
   Telephone: (509) 455-3966
   Facsimile: (509) 455-3906

[PROPOSED] ORDER ENJOINING DUPLICATIVE
LAWSUITS - 3
CASE NO. CV 10-1307 MO

>     Jennifer R. Murray, OSB #100389, *District of*
>       *Oregon Attorney Admission Application*
>       *Forthcoming*
>     Email: jmurray@tmdlegal.com
>     Toby J. Marshall, *Pro Hac Vice Application*
>        *Forthcoming*
>     Email: tmarshall@tmdlegal.com
>     TERRELL MARSHALL & DAUDT PLLC
>     3600 Fremont Avenue North
>     Seattle, Washington  98103
>     Telephone: (206) 816-6603
>     Facsimile: (206) 350-3528

*Attorneys for Plaintiffs*

[PROPOSED] ORDER ENJOINING DUPLICATIVE
LAWSUITS - 4
CASE NO. CV 10-1307 MO

CERTIFICATE OF SERVICE

  I, Michael J. Estok, hereby certify that on October 21, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

  Carter Mann
  Email: cmann@robertskaplan.com
  ROBERTS KAPLAN LLP
  601 SW 2nd Avenue, Suite 1800,
  Portland, Oregon 97204
  Telephone: 503.221.2219
  Facsimile: 800.601.8869

  Stellman Keehnel
  Email: stellman.keehnel@dlapiper.com
  DLA Piper
  701 Fifth Avenue, Suite 7000
  Seattle, Washington 98104-7044
  Telephone: (206) 839-4888
  Facsimile: (206) 494-1790

  Eric S. Beane
  Email: eric.beane@dlapiper.com
  DLA PIPER
  1999 Avenue of the Stars, Suite 400
  Los Angeles, California 90067-6023
  Telephone: (310) 595-3005
  Facsimile: (310) 595-3305

  *Attorneys for Defendant Prince Telcom, LLC*

DATED this 21st day of October, 2010.

            LINDSAY, HART, NEIL & WEIGLER, LLP

            By: /s/Michael J. Estok, OSB #090748
              Michael J. Estok, OSB #090748
              Email: mestok@lindsayhart.com
              1300 SW Fifth Avenue, Suite 3400
              Portland, Oregon 97201-5640
              Telephone: (503) 226-7677
              Facsimile: (503) 226-7697

            *Attorney for Plaintiffs*