Jennifer R. Murray, OSB #100389
Email: jmurray@tmdlegal.com
Toby J. Marshall, *Admitted Pro Hac Vice*
Email: tmarshall@tmdlegal.com
3600 Fremont Avenue North
Seattle, Washington  98103
Telephone: (206) 816-6603
Facsimile: (206) 350-3528

[Additional Counsel Appear on Signature Page]

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
AT PORTLAND

| | |
|---|---|
| TYSON KOSKI, KEVIN RICKEY and JOHN SCHLICHENMAYER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PRINCE TELECOM, LLC, a Delaware limited liability company, f/k/a PRINCE TELECOM, INC.,<br><br>Defendant. | NO. CV 10-1307 MO<br><br>**JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND DEFENDANT'S REQUEST FOR RELATED INJUNCTIVE RELIEF**<br><br><u>CLASS ACTION ALLEGATION</u> |

Plaintiffs Tyson Koski, Kevin Rickey and John Schlichenmayer respectfully move this Court to preliminarily approve the class action settlement.

This motion is made pursuant to the Court's discretionary authority under the Federal Rules of Civil Procedure and is supported by the Memorandum in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement and the Declarations of Toby J. Marshall and Matthew J. Zuchetto in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement.

DATED this 13th day of December, 2010.

                                      TERRELL MARSHALL & DAUDT PLLC

By: /s/Toby J. Marshall, *Admitted Pro Hac Vice*
    Jennifer R. Murray, OSB #100389
    Email: jmurray@tmdlegal.com
    Toby J. Marshall, *Admitted Pro Hac Vice*
    Email: tmarshall@tmdlegal.com
    3600 Fremont Avenue North
    Seattle, Washington 98103
    Telephone: (206) 816-6603
    Facsimile: (206) 350-3528

    Michael J. Estok, OSB #090748
    Email: mestok@lindsayhart.com
    LINDSAY, HART, NEIL & WEIGLER, LLP
    1300 SW Fifth Avenue, Suite 3400
    Portland, Oregon 97201-5640
    Telephone: (503) 226-7677
    Facsimile: (503) 226-7697

    Matthew J. Zuchetto, *Admitted Pro Hac Vice*
    Email: matthewzuchetto@mac.com
    THE SCOTT LAW GROUP, PS
    926 West Sprague Avenue, Suite 680
    Spokane, Washington 99201
    Telephone: (509) 455-3966
    Facsimile: (509) 455-3906

*Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE

I, Toby J. Marshall, hereby certify that on December 13, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Carter Mann
Email:  cmann@robertskaplan.com
ROBERTS KAPLAN LLP
601 SW 2nd Avenue, Suite 1800
Portland, Oregon  97204
Telephone:  (503) 221-2219
Facsimile:  (800) 601-8869

Stellman Keehnel, *Admitted Pro Hac Vice*
Email:  stellman.keehnel@dlapiper.com
DLA Piper
701 Fifth Avenue, Suite 7000
Seattle, Washington  98104-7044
Telephone:  (206) 839-4888
Facsimile:  (206) 494-1790

Eric S. Beane, *Admitted Pro Hac Vice*
Email:  eric.beane@dlapiper.com
DLA PIPER
1999 Avenue of the Stars, Suite 400
Los Angeles, California  90067-6023
Telephone:  (310) 595-3005
Facsimile:  (310) 595-3305

*Attorneys for Defendant Prince Telcom, LLC*

DATED this 13th day of December, 2010.

            TERRELL MARSHALL & DAUDT PLLC

            By:  /s/Toby J. Marshall, *Admitted Pro Hac Vice*
              Toby J. Marshall, *Admitted Pro Hac Vice*
              Email: tmarshall@tmdlegal.com
              3600 Fremont Avenue North
              Seattle, Washington  98103
              Telephone: (206) 816-6603

            *Attorney for Plaintiffs*

JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS
ACTION SETTLEMENT AND DEFENDANT'S REQUEST FOR
RELATED INJUNCTIVE RELIEF - 3